# DE KALB SUPERIOR COURT,

MARCH TERM, 1842.

---

MARY CASH and MOSES W. DAVIS VS. LEWIS CASH, Adm'r of PE-
TER CASH, and JAMES MILLICAN and NATHAN BEAUCHAMP, Jus-
tices of the Peace.

*Certiorari, in De Kalb Superior Court.*

1st. Debts must be mutual, i. e. due between the same parties, to be set off against
each other.

2nd. A Debt of $252 75 cts. cannot be pleaded as a set off in a Justice's Court.

This *certiorari* was brought for the purpose of correcting certain
errors alleged to have been committed, upon the ground, that the
Court erred in refusing to permit the defendants in the Court below
to bring in a set off to the notes sued on by the plaintiff. It appears
from the return of the Justices, that two suits were brought by *Lewis
Cash*, as administrator of *Peter Cash*, deceased, vs. *Mary Cash* and
*Moses W. Davis*, upon two notes payable to him as administrator,
and the defendants pleaded as a set off, an account for the sum of
$252 75, due from *Peter Cash*, deceased, to the said *Mary Cash*.
This account was rejected by the Court, upon the ground, that the
debts were not mutual, and also because said account exceeded a
Magistrate's jurisdiction. The Court is of opinion, that there was
no error committed by said Justices, in said decision, but that said
account was properly rejected upon both grounds. It is therefore or-
dered, that the *certiorari* be dismissed, and the judgments below
confirmed.

WILLIAM EZZARD, J. S. C. C. C.